■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELADIO PITTRE, Also Known as ELIADO PITTRE, Appellant.— Appeal from the judgment of the Supreme Court, New York County, rendered on December 14, 1972, unanimously dismissed as moot, the defendant-appellant having been resentenced in compliance with CPL 380.50. No opinion. Concur — McGivern, J. P., Murphy, Lane, Steuer and Capozzoli, JJ.

■ In the Matter of the Arbitration between LOUIS PALACE, Respondent, and TRANSWORLD ATTRACTIONS CORP., Appellant.— Orders, Supreme Court, New York County, entered on November 22, 1972 and November 27, 1972, respectively, unanimously affirmed, without costs and without disbursements. No costs are allowed because the record suggests no reason why these proceedings were not brought in the Civil Court (*Travelers Ins. Co.* v. *Law Research Serv.,* 34 A D 2d 764; *Trussell* v. *Strongo,* 29 A D 2d 851; *Matter of Mikos* [*MVAIC*], 51 Misc 2d 643; CCA, § 206). No opinion. Concur — McGivern, J. P., Nunez, Murphy, Tilzer and Capozzoli, JJ.